UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:16-CV-22083-MOORE

ANDRES GOMEZ, on behalf of himself and
all other individuals similarly situated,

    *Plaintiff,*

v.

THE SWATCH GROUP (US), INC.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Andres Gomez, on behalf of himself and all other individuals similarly situated, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 12th day of July, 2016.

                *s/ Scott R. Dinin*
                Scott R. Dinin
                SCOTT R. DININ P.A.
                4200 NW 7th Avenue
                Miami, Florida 33127
                Telephone: (786) 431-1333
                Facsimile: (786) 513-7700
                Email: inbox@dininlaw.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Allan H. Weitzman, Esq., and Jurate Schwartz, Esq.
PROSKAUER ROSE LLP
E-mail: aweitzman@proskauer.com, and jschwartz@proskauer.com
*Attorneys for Defendant The Swatch Group*

*s/ Scott R. Dinin*